1  Alyssa M. Staudinger (SBN 300845)
   astaudinger@JonesDay.com
2  JONES DAY
   3161 Michelson Drive
3  Suite 800
   Irvine, CA  92612.4408
4  Telephone:  +1.949.851.3939
   Facsimile:   +1.949.553.7539
5  Email:      astaudinger@jonesday.com

6  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
7  INC.

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

| | |
|---|---|
| 12  ANGEL A. MELGOZA, | Case No. _____ |
| 13              Plaintiff, | **NOTICE OF REMOVAL OF** |
| 14      v. | **ACTION: UNDER 28 U.S.C. §** **1441** |
| 15  EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1 | [FEDERAL QUESTION] |
| 16  through 10, inclusive, | |
| 17              Defendant. | |

18

19  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

20      Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information

21  Solutions, Inc. ("Experian") hereby files a Notice of Removal for the above-

22  captioned action to this Court.

23      In further support of this Notice, Experian states:

24      1.      Experian is a named Defendant in Civil Action No. 14K15048 filed in

25  the Superior Court of the State of California, County of Los Angeles, Limited

26  Jurisdiction (the "State Court Action").

27      2.      The Complaint in the State Court Action was filed with the Clerk of

28  the Superior Court of the State of California, County of Los Angeles on

November 13, 2013.  Defendant Experian is the only defendant and was served with the Complaint on December 5, 2013.

3.     This Notice is being filed with this Court within thirty (30) days after Defendant Experian received a copy of Plaintiff's initial pleadings setting forth the claims for relief upon which Plaintiff's action is based.

4.     Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a true and correct copy of Plaintiff's Summons filed with the state court.

5.     Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit B is a true and correct copy of Plaintiff's Complaint filed with the state court.

6.     Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit C is a true and correct copy of Plaintiff's Civil Case Cover Sheet and Addendum filed with the state court.

7.     Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit D is a true and correct copy of Defendant's Answer filed with the state court.

8.     Pursuant to 28 U.S.C. § 1446(d), Experian shall file a copy of this Notice of Removal with the clerk of the State Court Action, and shall serve Plaintiff through his attorney of record in the State Court Action with this Notice promptly after its filing.

9.     The claims of relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u.  Thus, this court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a) and (b).

10.     Defendant Experian does not waive any defense to the Complaint, including but not limited to lack of service, improper service, or lack of personal jurisdiction.

///

1    WHEREFORE, Experian notices the removal of this case to the United

2    States District Court for the Central District of California pursuant to 28 U.S.C.

3    §1441 *et seq.*

4

5    Dated:        December 31, 2014            Respectfully submitted,

6

7    By: _Alyssa Staudinger_

8    Alyssa M. Staudinger
     JONES DAY
9    3161 Michelson Drive
     Suite 800
10   Irvine, CA  92612.4408
     Telephone: 949-851-3939
11   Fax: 949-553-7539
     astaudinger@joensday.com
12
     Attorneys for Defendant
13   EXPERIAN INFORMATION
     SOLUTIONS, INC.
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                                           NOTICE OF REMOVAL

**PROOF OF SERVICE BY MAIL**

1

2          I am a citizen of the United States and employed in Orange County, California.  I am over

3   the age of eighteen years and not a party to the within-entitled action.  My business address is

4   3161 Michelson Drive, Suite 800, Irvine, California  92612.4408.  I am readily familiar with this

5   firm's practice for collection and processing of correspondence for mailing with the United States

6   Postal Service.  On December 31, 2014, I placed with this firm at the above address for deposit

7   with the United States Postal Service a true and correct copy of the within document(s):

8               **NOTICE OF REMOVAL OF ACTION: UNDER 28 U.S.C. §**
                **1441**
9
    in a sealed envelope, postage fully paid, addressed as follows:
10

11          Paul Mankin, Esq.
            The Law Office of L. Paul Mankin
12          8730 Wilshire Blvd., Suite 310
            Beverly Hills, CA 90211
13

14          Attorney for Plaintiff

15

16          Following ordinary business practices, the envelope was sealed and placed for collection

17   and mailing on this date, and would, in the ordinary course of business, be deposited with the

18   United States Postal Service on this date.

19          I declare under penalty of perjury under the laws of the State of California that the above

20   is true and correct.

21          Executed on December 31, 2014, at Irvine, California.

22

23                                              _____

24                                                          Lena M. Matson

25

26

27

28